IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

MARISSA N. MCCONNELL,

    Petitioner,

v.

    Case No.  5D23-1258
    LT. Case Nos. 2021-CF-000329
    2021-CF-000274
    2021-CF-000371
    2021-CT-001331
    2021-CF-000765

STATE OF FLORIDA,

    Respondent.

_____/

Opinion filed June 30, 2023

Petition for Belated Appeal,
A Case of Original Jurisdiction.

Marissa N. McConnell, Ocala, pro se.

Ashley Moody, Attorney General
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General,
Daytona Beach, for Respondent.


PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the June 24, 2022 judgments and sentences rendered in Case Nos. 2021-CF-000329, 2021-CF-000274, 2021-CF-000371, 2021-CT-001331 and 2021-CF-000765, in the Circuit Court in and for Hernando County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

JAY, BOATWRIGHT, and PRATT, JJ., concur.